✗ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 30 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Phoenix Division

Richard P. Zuckerman

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Donald J. Trump, U.S. President, and Doug Ducey, Arizona Governor

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. CV20-00842-PHX-GMS

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Richard P. Zuckerman

Address: 232 South 12th Avenue

Phoenix (City) AZ (State) 85007-3101 (Zip Code)

County: Maricopa

Telephone Number: (602) 281-0393

E-Mail Address: richardpaulzuckerman60@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Donald J. Trump, U.S. President

Job or Title *(if known)*: c/o Attorney ~~General~~ General of U.S.

Address: USDOJ, 950 Pennsylvania Avenue NW

Washington, DC 20530-0001

City / State / Zip Code

County:

Telephone Number: (202) 353-1555

E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Doug Ducey, Governor of

Job or Title *(if known)*: Arizona, 1700 West

Address: Washington Street

Phoenix, AZ 85007

City / State / Zip Code

County: Maricopa

Telephone Number: (602) 542-4331

E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 3

Name ____________________

Job or Title *(if known)* ____________________

Address ____________________

____________________
*City* *State* *Zip Code*

County ____________________

Telephone Number ____________________

E-Mail Address *(if known)* ____________________

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ____________________

Job or Title *(if known)* ____________________

Address ____________________

____________________
*City* *State* *Zip Code*

County ____________________

Telephone Number ____________________

E-Mail Address *(if known)* ____________________

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

See enclosed affidavit.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

See enclosed affidavit.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See enclosed affidavit. Executive order of medical Emergency Martial Law. Coronavirus scamdemic.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

See enclosed affidavit

B. What date and approximate time did the events giving rise to your claim(s) occur?

See enclosed affidavit. Within past few months, ongoing.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See enclosed affidavit. I do not have a suppressed immunity.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Common law tort, constitutional tort; restrictions on my freedom. see enclosed affidavit.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Interim equitable relief, etc.; see enclosed affidavit.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Thursday, April 30, 2020

Signature of Plaintiff: Richard Paul Zucker

Printed Name of Plaintiff: Richard Paul Zuckerman

### B. For Attorneys

Date of signing: ______________

Signature of Attorney: ______________

Printed Name of Attorney: ______________

Bar Number: ______________

Name of Law Firm: ______________

Address: ______________

*City* *State* *Zip Code*

Telephone Number: ______________

E-mail Address: ______________

Affidavit enclosed.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA - PHOENIX

Richard Paul Zuckerman,      Case No.

Plaintiff,

vs.

Doug Ducey,

Governor of Arizona,

Defendant,

vs.

Donald J. Trump, Jr.,

President of The United States Of America.

COMPLAINT FOR HISTRIONIC RESTRICTION OF CONSTITUTIONAL RIGHTS FROM A CORONAVIRUS SCAMDEMIC.

RICHARD PAUL ZUCKERMAN, of full age, being duly sworn on his oath according to the law, deposes and says the following in support of his civil action complaint against Arizona Governor Doug Ducey:

# U.S. PRESIDENT DONALD J. TRUMP

1. During all of the time of the facts alleged in this complaint, plaintiff has resided in Apartment B132, 3224 West Indian School Road, Phoenix, Arizona, 85017-3915. This is not plaintiff's mailing address, though, which is 232 South 12th Avenue, Phoenix, Arizona, 85007-3101. The events giving rise

to this claim as to U.S. President Trump and Arizona Governor Doug Ducey covers the entire state of Arizona.

2. U.S. President Donald J. Trump issued a National Emergency order for all denizens in the U.S.A. to stay home, maintain social distance from others, wear a face covering, which has resulted in a shutdown of the government and many private businesses. Within the past couple of months.

3. U.S. President Donald J. Trump's declaration of a National Emergency and his order for home confinement was issued in haste, in violation of the United States Constitution, because Congress had already been available.

4. U.S. President Trump's order for home confinement had been issued at the behest of Dr. Fauci and some other M.D., from flawed statistics and a histrionic estimation of the number of deaths which would ensue without the home confinement. Social Distancing May Worsen Epidemic Outcomes, Friday, April 24, 2020, GreenMedInfo Research Group, https://www.greenmedinfo.com/blog/social-distancing-may-worsen-epidemic-outcomes; Corruption in global health: the open secret, by Patricia J. Garcia, M.D., The Lancet, Published Online November 27, 2019. Sorry, wrong number: Statistical benchmark comes under fire, by Malcolm Ritter, November 12, 2019, https://phys.org/news/2019-11-wrong-statistical-benchmark.html

(This identical article appeared in the Sunday, November 17, 2019, The Arizona Republic newspaper, on page 6AA, titled Statistical benchmark comes under criticism, Associated Press.);

Is it the end of 'statistical significance'? The battle to make science more uncertain. April 1, 2019. Valen E. Johnson, The Conversation. https://phys.org/news/2019-04-statistical-significance-science-uncertain.html

    5. Dr. Fauci has been implicity biased from having worked with Bill Gates, and with a desire to work for Hillary Clinton, in a plan to react to a man-made-manufactured-pandemic by way of sensationalizing the dangers and for the need of vaccines, which he expects Bill Gates would provide, which would contain patented nanotechnology, and to administer a biochip into poor and middle class people, for global surveillance and control, and for a cashless, digital-monetized world society.

    6.  This plan of Bill Gates and Dr. Fauci, which has not been properly tested in humans, would be forced upon financially bankrupted people, from the national, global, economic meltdown taking place as you read this complaint. Bill Gates-Vaccine not Virus Will Cull Humanity, March 22, 2020, https://www.newsbreak.com/news/0OW2YHjL/bill-gates-vaccine-not-virus-will-cull-humanity; Journalist Files Charges against WHO

and UN for Bioterrorism and Intent to Commit Mass Murder, by Barbara Minton, Global Research, July 8, 2009, https://www.globalresearch.ca/journalist-files-charges-against-who-and-un-for-bioterrorism-and-intent-to-commit-mass-murder/14276; The Original and Real Cause of the 1776 American Revolution, What They Really Fought For (Independence from the Zionist London Central Bankers and Zionism-the imposition of oppression, cruelty, poverty in its opposition to Life3, Liberty, Happiness and Humanity)(taken from a radio address given by Congressman Charles G. Binderup of Nebraska, about 50 years ago, reprinted in Unrobing the Ghosts of Wall Street, www.citizensamericaparty.org/happiness.htm; The Globalists Are Openly Admitting To Their Population Control Agenda-And That's A Bad Sign, by Brandon Smith, November 18, 2019; How Billionaires Become Billionaires, by Prof. James Petras, Global Research, November 26, 2019, (Tax evasion by the wealthy).

7. Dr. Fauci's plan is part of the Big Pharma Nazis' health care monopoly which has shut out, condemned, Naturopathic medicine treatments of which would include "plasma therapy," Oil of Oregano, Ultraviolet blood irradiation, orthomolecular medicine, hyperbaric chamber oxygen therapy, Ozone therapy, Iodine, safer remedies for infection control.

8. During Town Hall Meetings, Phoenix V.A. hospital Medical Director Dr. Mary McCarthy, M.D., (602) 277-5551, has been saying the V.A. does not hire Naturopathic Physicians because the United States Office of Personnel Management ("OPM") "...does not recognize Naturopathic medicine as a legitimate profession," even after plaintiff produces and distributes copies of email reply from the OPM stating plaintiff has "...been misinformed" and that there is an occupation code series number for Naturopathic medicine. Banner Health has a motto: "Knowledge makes us strong." Medical patients can't be strong if they are not aware of the natural remedies available, for informed consent to medical treatment. There have been cases where federal employees like Dr. Fauci who support Big Pharma end up being hired with six-figure salaries with pharmaceutical companies. "Men are more often bribed by their loyalties and ambitions than by money." Robert H. Jackson U.S. Supreme Court Justice (1892-1954). "The world has achieved brilliance without conscience. Ours is a world of nuclear giants and ethical infants." Gen. Omar N. Bradley (1893-1981). Dr. Fauci recently doubted the efficacy of injected Vitamin C for coronavirus patients.

9. Over the past week, plaintiff was required to wear a face cover in order to enter buildings at Luke Air Force

Base, another useless policy. We Must Wear Face Masks? Show Me The Science Behind That!, by Dr. David Brownstein, April 28, 2020, https://www.lewrockwell.com/2020/04/dr-david-brownstein/we-must-wear-face-masks-show-me-the-science-behind-that/

## ARIZONA GOVERNOR DOUG DUCEY

10. Arizona Governor Doug Ducey issued his own order(s) to apply to denizens of The State of Arizona, State 48, including home confinement, which has caused the shutdown of the Arizona Department of Economic Security's Appeals Board, delaying a hearing on plaintiff's administrative appeal from denial of vocational rehabilitation. It is also delaying a Board of Veterans Appeals hearing from denial of educational benefits by the Phoenix V.A. Vocational Rehabilitation & Employment Services Office. As the colleges and universities are shut down, it also delays college courses. Public libraries and college libraries being closed down also stymies progress.

11. Plaintiff recently heard a few stories on the radio about other adverse effects from home confinement order, such as increase rate of domestic violence, child molestation, and suicide.

12. Except for people whose immunity have already been suppressed, Arizona Governor Doug Ducey's home confinement, business shutdown, social distancing, face-covering order had been issued recklessly, walking in lockstep with U.S. President Trump's order, without adequate empirical evidence.

## INJURIES

13. Same aforementioned coronavirus precautions, home confinement, social distance, face covering, denies plaintiff federal constitutional right(s), federal common law, state common law, state constitutional right(s), to be let alone, to assemble in public, to travel, such as to visit a park or health club, to pursue higher education, to pursue administrative appeals, to visit the public libraries and college libraries in order to put together an application for a U.S. Presidential Pardon. This court has the obligation to determine independently what law(s) applies and forbids, Abramski v. United States, 573 U.S. 169, 191 (2014), and to construe this pro se plaintiff's pleadings with liberality.

## RELIEF

14. Plaintiff implores the court for interim relief, a temporary restraining order, preliminary injunction, permanent injunction, Declaratory Judgment, to end mandated home confinement, business shutdown, social distancing, and

face covering; for costs of suit, prejudgment interest, and for interest.

## REQUEST FOR ADVISORY JURY TRIAL

15. Plaintiff demands an advisory jury on the issue of liability and remedy for relief, which would enable the advisory jury to put together a written list of recommendations.

REQUEST TO EXPEDITE THIS CASE ON THE COURT DOCKET

16. Plaintiff requests this case be EXPEDITED priority on the court docket.

REQUEST FOR PRE-HEARING/PRE-TRIAL DISCOVERY

17. Plaintiff implores this court for an expedited order to be issued to defendants for discovery materials in this actio civilis, such as all papers, including medical evidence, statistical calculations, written statements of any oral conversations not put down in writing, comprising the evidence used to support the Governor's orders for Arizona residents to stay home, for social distance, for a face covering, for this Executive Order of martial law.

**REQUEST FOR THE FORMS SO PLAINTIFF CAN ASK FOR PRO BONO COUNSEL.**

18. Plaintiff implores this court for the forms in which plaintiff may submit a motion for discretionary

appointment of pro bono legal counsel pursuant to 28 U.S.C. Section 1915.(d).

## REQUEST FOR THE COURT TO ORDER THE CLERK TO SCAN THIS COMPLAINT AND EMAIL IT AS AN ATTACHMENT TO THE DEFENDANTS.

19. Plaintiff implores the court for an order requiring the clerk's office to send a scanned copy of this civil rights complaint to both defendants, askdoj@usdoj.gov (U.S. Department of Justice)(Phone number)(202) 514-2000, and AGinfo@azag.gov (Arizona Attorney General)(Phone number)(602) 542-5025. It would be optimal service of process, more expeditious and more reliable.

I swear that the foregoing statements made by me are true, to the best of my information and belief. I am aware that if any of the foregoing statements made by me is willfully false, then I would be subject to punishment.

Date: Wednesday, April 29, 2020

By: [signature]

Richard Paul Zuckerman, *pro se, inops consilii.*
(Cell phone)(602) 281-0393, Certificate in Caregiving, Accord Healthcare Institute, July 2019; Diploma in Paralegal Studies, N.Y.U., 2003; B.A. in Political Science, Kean University, 1987.